SEALED

1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   KEVIN C. KHASIGIAN
3  Assistant U.S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2700



FILED

FEB 23 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) Case No. 2:12-CR-0076 WBS
                                    )
                Plaintiff,          )
                                    )
       v.                           ) ORDER TO SEAL
                                    )
SEAN FARRELL, and                   ) (UNDER SEAL)
ETHAN STUART,                       )
                                    )
                Defendant.          )
                                    )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jason Hitt to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

DATED: Feb 23, 2012

                                    _____
                                    KENDALL J. NEWMAN
                                    United States Magistrate Judge

1