UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                  CR 12-76 WBS

   v.                           <u>TRAVEL ORDER</u>

SEAN FARRELL,

    Defendant.
_____/

    Upon request of defendant, there being no objection by the United States Attorney or the Pretrial Services Officer, and good cause appearing,

    IT IS HEREBY ORDERED that SEAN FARRELL may travel to Honolulu, Hawaii, from June 2 through June 8, 2012.  He is to keep Pretrial Services informed of any changes in his hotel or flight itinerary.

    Dated:  May 21, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331