J. TONY SERRA #32639
SHARI L. WHITE #180438
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
ETHAN STUART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,             CR 12-0076 WBS

   v.                    STIPULATION AND ORDER
                         CONTINUING STATUS CONFERENCE
SEAN FARRELL and ETHAN STUART,  AND EXCLUDING TIME
                         Date: July 23, 2012
       Defendants.         Time: 9:30 a.m.
_____/

    Defendants SEAN FARRELL and ETHAN STUART, by and through

their attorneys, and plaintiff United States of America, by and

through its attorney, hereby stipulate and agree that the status

conference of July 23, 2012, should be continued to September

10, 2012, at 9:30 a.m.

    The parties believe a continuance of the status conference

will conserve judicial resources by eliminating an unnecessary

status conference because the defense counsel are continuing

ongoing investigation of the case and reviewing discovery

produced by the United States.  This extension will give all the

parties additional time to evaluate whether the defense will

file any relevant motions, seek a proposed resolution of the

1  case by guilty pleas, or proceed to a trial at a future date.

2  For these reasons, the parties respectfully request that the

3  Court vacate the July 23, 2012 status conference date and set a

4  new status conference date of September 10, 2012, at 9:30 a.m.

5  If the Court grants this request, the parties believe it will

6  promote judicial economy while the parties get closer to either

7  setting motions to be filed, reaching resolution of the case, or

8  setting a trial date.

9       The parties further stipulate and agree that the defendants

10  and defense counsel will benefit greatly from the additional

11  time between July and September in order for the defense to

12  effectively evaluate the posture of the case and prepare for

13  trial in this case and, in addition, in the interests of justice

14  under 18 U.S.C. § 3161(H)(8)(b)(iv) and Local Code T4.

15  Accordingly, the parties stipulate and agree that time should be

16  excluded under the Speedy Trial Act pursuant to 18 U.S.C.

17  §3161(h)(8)(B)(iv) and Local Code T4.

18       Dated:  July 19, 2012

19

20  /s/J. TONY SERRA                    /s/RANDOLPH E. DAAR
    J. TONY SERRA                       RANDOLPH E. DAAR
    SHARI L. WHITE                      Attorney for SEAN FARRELL
21  Attorneys for ETHAN STUART

22                                       /s/JASON HITT
23                                       Assistant U.S. Attorney

24

25

26

27

28

ORDER

Pursuant to the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED** that:

1.    The status conference in this matter set for July 23, 2012, at 9:30 a.m. is VACATED;

2.    A new status conference is set for September 10, 2012, at 9:30 a.m.; and

3.    Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded from July 23, 2012, up to and including September 10, 2012.

**IT IS SO ORDERED.**

Dated:   July 20, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE