```
J. TONY SERRA #32639
SHARI L. WHITE #180438
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
ETHAN STUART
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | CR 12-0076 WBS |
|   v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| SEAN FARRELL and ETHAN STUART, | Date: October 22, 2012 |
|     Defendants. | Time: 9:30 a.m. |

    Defendants SEAN FARRELL and ETHAN STUART, by and through their attorneys, and plaintiff United States of America, by and through its attorney, hereby stipulate and agree that the status conference of October 22, 2012, at 9:30 a.m., should be continued to December 17, 2012, at 9:30 a.m.

    This request is predicated on Mr. Stuart's lead counsel Tony Serra's unvailability due to his current engagement in a special circumstance, life without possibility of parole, homicide trial in the case of People v. Willie Morris Clay, II, Contra Costa County No. 05-091008-3.  This case was formally sent out for trial on September 18, 2012 before the Honorable Judge John Minney, Department 194, in Martinez, California. This

1 trial is expected to conclude in mid-November 2012.

2      Based on Mr. Serra's unavailability, the parties are
3 seeking to continue the status conference as well as the
4 initial[1] first tier constitutionally-based motions which are
5 currently pending and tentatively set to be heard on October 22,
6 2012.

7      In the interim, the defense will be working with the
8 government to obtain additional discovery in this matter, and
9 beginning to prepare second tier motions relating to the
10 revelation of the informants and the suppression of evidence.
11 This will also give the government adequate time to respond to
12 the lengthy motions filed by the defense to date.

13      For these reasons, the parties respectfully request that
14 the Court vacate the October 22, 2012, at 9:30 a.m. status
15 conference date and set a new status conference date of December
16 17, 2012, at 9:30 a.m.

17      The parties agree to exclude time, based on the pendency of
18 the motions, pursuant to 18 U.S.C. § 3161 (h)(8)(A) & (B)(i) &
19 iv) and Local Code T4, and the continuity of counsel, such that
20 the ends of justice served by granting such a continuance
21 outweigh the best interests of the public and the defendant in a
22 speedy trial because the failure to grant such a continuance
23 would unreasonably deny the defendant continuity of counsel.

24      Accordingly, the parties stipulate and agree that time
25 should be excluded under the Speedy Trial Act pursuant to 18

26
27
---

[1] The defense will be filing a motion to reserve
28 additional motions to be filed in this case once all discovery
has been obtained and reviewed, and has only filed first tier
constitutionally based motions at this juncture.

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2

1 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4.  The parties
2 stipulate that the ends of justice are served by the Court
3 excluding such time, so that counsel for each defendant may have
4 reasonable time necessary for effective preparation, taking into
5 account the exercise of due diligence and continuity of counsel.
6 The parties further stipulate and agree that time for trial
7 under the Speedy Trial Act be excluded pursuant to 18 U.S.C. §
8 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.

9    Dated: October 11, 2012

| /s/J. TONY SERRA | /s/RANDOLPH E. DAAR |
|---|---|
| J. TONY SERRA | RANDOLPH E. DAAR |
| SHARI L. WHITE | Attorney for SEAN FARRELL |
| Attorneys for ETHAN STUART | |
| | /s/JASON HITT |
| | Assistant U.S. Attorney |

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

ORDER

Pursuant to the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The status conference in this matter set for October 22, 2012, at 9:30 a.m. is VACATED;

2. A new status conference and motions date is set for December 17, 2012, at 9:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. The parties further stipulate and agree that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. Accordingly, time under the Speedy Trial Act shall be excluded from October 22, 2012, up to and including December 17, 2012.

**IT IS SO ORDERED.**

Dated:   October 11, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

4