J. TONY SERRA #32639
SHARI L. WHITE #180438
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
ETHAN STUART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 12-0076 WBS |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| SEAN FARRELL and ETHAN STUART, | Date: December 17, 2012 |
| Defendants. | Time: 9:30 a.m. |

Defendants SEAN FARRELL and ETHAN STUART, by and through their attorneys, and plaintiff United States of America, by and through its attorney, hereby stipulate and agree that the status conference of December 17, 2012, at 9:30 a.m., should be continued to February 25, 2013 at 9:30 a.m.

The parties have met and conferred and determined that in the interest of judicial economy the pending motions date should be vacated from the calendar and reset to be heard at a later date with all other substantive motions the defense intends to file, including the motion to suppress.

The parties are still ironing out discovery related issues and working with the government to obtain additional discovery in this matter, which is relevant and necessary prior to the submission of motions relating to the revelation of the

informants and the suppression of evidence.

For these reasons, the parties respectfully request that the Court vacate the motions date and status conference date currently set for December 17, 2012, at 9:30 a.m. and set a new status conference date of February 25, 2013 at 9:30 a.m.

The parties agree to exclude time, based on the pendency of the motions, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(i) & iv) and Local Code T4, and the continuity of counsel, such that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel.

Accordingly, the parties stipulate and agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence and continuity of counsel. The parties further stipulate and agree that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.

Dated: December 5, 2012

/s/J. TONY SERRA
J. TONY SERRA
SHARI L. WHITE
Attorneys for ETHAN STUART

/s/RANDOLPH E. DAAR
RANDOLPH E. DAAR
Attorney for SEAN FARRELL

/s/JASON HITT
Assistant U.S. Attorney

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

ORDER

Pursuant to the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The status conference in this matter set for December 17, 2012, at 9:30 a.m. and motions date is VACATED;

2. A new status conference be set for February 25, 2013, at 9:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. The parties further stipulate and agree that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. Accordingly, time under the Speedy Trial Act shall be excluded from December 17, 2012, up to and including February 25, 2013.

**IT IS SO ORDERED.**

Dated:   December 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331