J. TONY SERRA #32639
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
ETHAN STUART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 12-0076 WBS |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| SEAN FARRELL and ETHAN STUART, | Date: February 25, 2013 |
| Defendants. | Time: 9:30 a.m. |

Defendants SEAN FARRELL and ETHAN STUART, by and through their attorneys, and plaintiff United States of America, by and through its attorney, hereby stipulate and agree that the status conference of February 25, 2013 at 9:30 a.m., should be continued to May 6, 2013 at 9:30 a.m.

The parties are still ironing out discovery related issues and working with the government to obtain additional discovery in this matter, which is relevant and necessary prior to the submission of motions including the Motion to Quash and Motion to Traverse the Warrant, both relating to the suppression of evidence, which could be dispositive to this case.

For these reasons, the parties respectfully request that the Court continue the status conference date currently set for

1  February 25, 2013 at 9:30 a.m. and set a new status conference
2  date of May 6, 2013 at 9:30 a.m.
3      The parties agree to exclude time, based on the pendency of
4  the motions, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(i) &
5  (iv) and Local Code T4, and the continuity of counsel, such that
6  the ends of justice served by granting such a continuance
7  outweigh the best interests of the public and the defendant in a
8  speedy trial because the failure to grant such a continuance
9  would unreasonably deny the defendant continuity of counsel.
10     Accordingly, the parties stipulate and agree that time
11 should be excluded under the Speedy Trial Act pursuant to 18
12 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4.  The parties
13 stipulate that the ends of justice are served by the Court
14 excluding such time, so that counsel for each defendant may have
15 reasonable time necessary for effective preparation, taking into
16 account the exercise of due diligence and continuity of counsel.
17 The parties further stipulate and agree that time for trial
18 under the Speedy Trial Act be excluded pursuant to 18 U.S.C.
19 § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.
20     Dated: February 20, 2013

  /s/J. TONY SERRA                    /s/RANDOLPH E. DAAR
22 J. TONY SERRA                       RANDOLPH E. DAAR
   Attorney for ETHAN STUART           Attorney for SEAN FARRELL

                                       /s/JASON HITT
25                                     Assistant U.S. Attorney

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

J. TONY SERRA #32639
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
ETHAN STUART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,               CR 12-0076 WBS

    v.
                                ORDER
SEAN FARRELL and ETHAN STUART,

    Defendants.
_____/

    Pursuant to the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED** that:

    1.    The status conference in this matter set for February 25, 2013 is continued, and a new status conference be set for May 6, 2013, at 9:30 a.m.; and

    3.    Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial.  The parties further stipulate and agree that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.  Accordingly, time under the Speedy Trial Act shall be excluded from February 25, 2013 up to and including May 6, 2013.

**IT IS SO ORDERED.**

Dated: February 21, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331