```
 1  J. TONY SERRA #32639
    506 Broadway
 2  San Francisco CA 94133
    Telephone: 415/986-5591
 3
    Attorney for Defendant
 4  ETHAN STUART
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,
11         Plaintiff,                CR. S-12-0076 TLN
12     v.                            STIPULATION AND ORDER
                                     CONTINUING STATUS CONFERENCE
13  SEAN FARRELL and ETHAN STUART,   AND EXCLUDING TIME
14         Defendants.
                                  /
15
```

16   Defendants SEAN FARRELL and ETHAN STUART, by and through
17 their attorneys, and plaintiff United States of America, by and
18 through its attorney, hereby stipulate and agree that the status
19 conference of May 6, 2013, at 9:30 a.m., should be continued to
20 June 20, 2013, at 9:30 a.m.

21   The primary basis for this continuance is predicated upon
22 the recent reassignment of this case to Hon. Troy L. Nunley.

23   In addition, the parties have recently met and conferred
24 and are working to reach a disposition of this case short of
25 protracted litigation.

26   Should this case not resolve, the parties are still ironing
27 out discovery related issues and working with the government to
28 obtain additional discovery in this matter, which is relevant

1 and necessary prior to the submission of motions including the
2 Motion to Quash and Motion to Traverse the Warrant, both
3 relating to the suppression of evidence, which could be
4 dispositive to this case.
5   For these reasons, the parties respectfully request that
6 the Court continue the status conference date currently set for
7 May 6, 2013, at 9:30 a.m. and set a new status conference date
8 of June 20, 2013, at 9:30 a.m.
9   The parties agree to exclude time, based on the pendency of
10 the motions, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(i) &
11 (iv) and Local Code T4, and the continuity of counsel, such that
12 the ends of justice served by granting such a continuance
13 outweigh the best interests of the public and the defendant in a
14 speedy trial because the failure to grant such a continuance
15 would unreasonably deny the defendant continuity of counsel.
16   Accordingly, the parties stipulate and agree that time
17 should be excluded under the Speedy Trial Act pursuant to 18
18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4.  The parties
19 stipulate that the ends of justice are served by the Court
20 excluding such time, so that counsel for each defendant may have
21 reasonable time necessary for effective preparation, taking into
22 account the exercise of due diligence and continuity of counsel.
23 The parties further stipulate and agree that time for trial
24 under the Speedy Trial Act be excluded pursuant to 18 U.S.C.
25 § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.
26   Dated: April 29, 2013
27
28 /s/J. TONY SERRA                    /s/RANDOLPH E. DAAR
J. TONY SERRA                       RANDOLPH E. DAAR
Attorney for ETHAN STUART           Attorney for SEAN FARRELL

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

                                        /s/JASON HITT
                                        Assistant U.S. Attorney

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The status conference in this matter set for May 6, 2013 is continued, and a new status conference be set for June 20, 2013, at 9:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. The parties further stipulate and agree that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. Accordingly, time under the Speedy Trial Act shall be excluded from May 6, 2013 up to and including June 20, 2013.

**IT IS SO ORDERED.**

Dated: May 8, 2013

_____
Troy L. Nunley
United States District Judge

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

3