1  RANDOLPH E. DAAR #88195
   506 Broadway
2  San Francisco CA 94133
   Telephone: 415/986-5591
3
   Attorney for Defendant
4  SEAN FARRELL

5

6

7                   UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,

11         Plaintiff,                CR. S-12-0076 TLN

12    v.                             STIPULATION AND ORDER
                                     CONTINUING STATUS CONFERENCE
13 SEAN FARRELL and ETHAN            AND EXCLUDING TIME
   STUART,
14
           Defendants.
15 _____/

16
       Defendants SEAN FARRELL and ETHAN STUART, by and through
17
   their attorneys, and plaintiff United States of America, by and
18
   through its attorney, hereby stipulate and agree that the status
19
   conference of June 20, 2013, at 9:30 a.m., should be continued
20
   to September 19, 2013, at 9:30 a.m.
21
       The primary basis for this continuance is predicated upon
22
   the unavailability of co-counsel, J. Tony Serra, to participate
23
   in co-defendant Ethan Stuart's status conference set for June
24
   20, 2013 due to an ongoing homicide case in Contra Costa County
25
   Superior Court, People vs. Willie Clay II, Case No. 05-091008-3.
26
       For these reasons, the parties respectfully request that
27
   the Court continue the status conference date currently set for
28
   June 20, 2013, at 9:30 a.m. and set a new status conference date

1  of September 19, 2013, at 9:30 a.m.
2       The parties agree to exclude time, based on the pendency of
3  the motions, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(i) &
4  (iv) and Local Code T4, and the continuity of counsel, such that
5  the ends of justice served by granting such a continuance
6  outweigh the best interests of the public and the defendant in a
7  speedy trial because the failure to grant such a continuance
8  would unreasonably deny the defendant continuity of counsel.
9       Accordingly, the parties stipulate and agree that time
10 should be excluded under the Speedy Trial Act pursuant to 18
11 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4.  The parties
12 stipulate that the ends of justice are served by the Court
13 excluding such time, so that counsel for each defendant may have
14 reasonable time necessary for effective preparation, taking into
15 account the exercise of due diligence and continuity of counsel.
16 The parties further stipulate and agree that time for trial
17 under the Speedy Trial Act be excluded pursuant to 18 U.S.C.
18 § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.
19      Dated: June 17, 2013

21 /s/J. TONY SERRA                /s/RANDOLPH E. DAAR
   J. TONY SERRA                   RANDOLPH E. DAAR
22 Attorney for ETHAN STUART       Attorney for SEAN FARRELL

24                                 /s/JASON HITT
                                   Assistant U.S. Attorney

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,               CR. S-12-0076 TLN

  v.

                                 **ORDER**

SEAN FARRELL and ETHAN STUART,

    Defendants.

_____/

Pursuant to the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The status conference in this matter set for June 20, 2013 is continued, and a new status conference be set for September 19, 2013, at 9:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. The parties further stipulate and agree that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. Accordingly, time under the Speedy Trial Act shall be

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1 excluded from June 20, 2013 up to and including September 19,
2 2013.
3     **IT IS SO ORDERED.**
4 Dated:     June 19, 2013

_____
Troy L. Nunley
United States District Judge

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2