```
 1  J. TONY SERRA #32639
    506 Broadway
 2  San Francisco CA 94133
    Telephone: 415/986-5591
 3
    Attorney for Defendant
 4  ETHAN STUART

 5

 6

 7                    UNITED STATES DISTRICT COURT

 8                    EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,

11        Plaintiff,              CR. S-12-0076 TLN

12     v.                         STIPULATION AND ORDER
                                  CONTINUING STATUS CONFERENCE
13  SEAN FARRELL and ETHAN STUART, AND EXCLUDING TIME
                                  Date: September 19, 2013
14        Defendants.             Time: 9:30 a.m.
    _____/
15
```

16      Defendants SEAN FARRELL and ETHAN STUART, by and through

17 their attorneys, and plaintiff United States of America, by and

18 through its attorney, hereby stipulate and agree that the status

19 conference of September 19, 2013, at 9:30 a.m., should be

20 continued to December 19, 2013, at 9:30 a.m.

21      The parties are continuing to negotiate a settlement, and

22 require more time.

23      The parties agree to exclude time, based on the pendency of

24 the motions, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(i) &

25 (iv) and Local Code T4, and the continuity of counsel, such that

26 the ends of justice served by granting such a continuance

27 outweigh the best interests of the public and the defendant in a

28 speedy trial because the failure to grant such a continuance

1  would unreasonably deny the defendant continuity of counsel.
2       Accordingly, the parties stipulate and agree that time
3  should be excluded under the Speedy Trial Act pursuant to 18
4  U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.  The parties
5  stipulate that the ends of justice are served by the Court
6  excluding such time, so that counsel for each defendant may have
7  reasonable time necessary for effective preparation, taking into
8  account the exercise of due diligence and continuity of counsel.
9  The parties further stipulate and agree that time for trial
10 under the Speedy Trial Act be excluded pursuant to 18 U.S.C.
11 § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.
12      Dated: September 13, 2013

 /s/ J. TONY SERRA                /s/ RANDOLPH E. DAAR
J. TONY SERRA                     RANDOLPH E. DAAR
Attorney for ETHAN STUART         Attorney for SEAN FARRELL


                                  /s/ JASON HITT
                                  Assistant U.S. Attorney

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. S-12-0076 TLN |
| v. | ORDER CONTINUING STATUS CONFERENCE |
| SEAN FARRELL and ETHAN STUART, | |
| Defendants. | |

Pursuant to the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The status conference in this matter set for September 19, 2013, is continued, and a new status conference be set for December 19, 2013, at 9:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. The parties further stipulate and agree that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. Accordingly, time under the Speedy Trial Act shall be excluded from September 19, 2013 up to and including December 19, 2013.

**IT IS SO ORDERED.**

Dated: September 16, 2013

Troy L. Nunley
United States District Judge