```
J. TONY SERRA #32639
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
ETHAN STUART
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | CR. S-12-0076 TLN |
|   v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| SEAN FARRELL and ETHAN STUART, | Date: December 19, 2013 |
|     Defendants.   / | Time: 9:30 a.m. |

    Defendants SEAN FARRELL and ETHAN STUART, by and through their attorneys, and plaintiff United States of America, by and through its attorney, hereby stipulate and agree that the status conference of December 19, 2013, at 9:30 a.m., should be continued to April 10, 2014, at 9:30 a.m.

    The parties are continuing to negotiate a settlement, and require more time.

    The parties agree to exclude time, based on the pendency of the motions, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(i) & (iv) and Local Code T4, and the continuity of counsel, such that the ends of justice served by granting such a continuance

outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel.

Accordingly, the parties stipulate and agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence and continuity of counsel.  The parties further stipulate and agree that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.

Dated: December 12, 2013

 /s/ J. TONY SERRA                       /s/ RANDOLPH E. DAAR
J. TONY SERRA                           RANDOLPH E. DAAR
Attorney for ETHAN STUART               Attorney for SEAN FARRELL


                                         /s/ JASON HITT
                                        Assistant U.S. Attorney


**ORDER**

1.  The status conference in this matter now set for December 19, 2013, is continued to April 10, 2014, at 9:30 a.m.; and

2.    Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial.  The parties further stipulate and agree that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.  Accordingly, time under the Speedy Trial Act shall be excluded from December 19, 2013 up to and including April 10, 2014.

**IT IS SO ORDERED.**

Dated: December 16, 2013

_____
Troy L. Nunley
United States District Judge