UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        CR. S-12-0076 TLN

       Plaintiff,

      v.                    ORDER CONTINUING
                              STATUS CONFERENCE

SEAN FARRELL and ETHAN STUART,

       Defendants.
                     /

Pursuant to the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED** that:

1.   The status conference in this matter now set for August 28, 2014, at 9:30 a.m., is continued to October 2, 2014, at 9:30 a.m.; and

3.   Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial.  The parties further stipulate and agree that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.  Accordingly, time under the Speedy Trial Act shall be excluded from August 28, 2014, up to and including October 2, 2014.

     **IT IS SO ORDERED.**

Dated: August 28, 2014

Troy L. Nunley
United States District Judge