UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-12-0076 TLN |
| Plaintiff, | |
| v. | ORDER CONTINUING <u>STATUS CONFERENCE</u> |
| SEAN FARRELL and ETHAN STUART, | |
| Defendants. / | |

Pursuant to the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The status conference in this matter now set for October 2, 2014, is continued to February 26, 2015, at 9:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. The parties further stipulate and agree that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. Accordingly, time under the Speedy Trial Act shall be excluded from October 2, 2014, up to and including February 26, 2015.

**IT IS SO ORDERED.**

Dated: October 2, 2014

_____
Troy L. Nunley
United States District Judge