# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SEAN FARRELL and ETHAN STUART,<br><br>    Defendants. | 2:12-cr-0076-TLN<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

Pursuant to the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED THAT:**

   1.   The status conference in this matter set for October 29, 2015, is continued, and a new status conference be set for December 17, 2015, at 9:30 a.m.; and

   2.   Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial.  The parties further stipulate and agree that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(IV), Local Codes E and T-4.  Accordingly, time under the Speedy Trial Act shall be excluded from October 29, 2015, up to and including December 17, 2015.

   **IT IS SO ORDERED.**

Dated:  October 27, 2015

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE

-1-