# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SEAN FARRELL and ETHAN STUART,<br><br>　　　　Defendants. | 2:12-cr-76-TLN<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

Pursuant to the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED THAT:**

　　1.　The status conference/motion hearing in this matter set for January 19, 2017, is continued to June 15, 2017, at 9:30 a.m.; and

　　2.　Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial.  The parties further stipulate and agree that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(IV), Local Codes E and T-4.  Accordingly, time under the Speedy Trial Act shall be excluded from January 19, 2017, up to and including June 15, 2017.

　　**IT IS SO ORDERED.**

Dated:  January 13, 2017

　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge