| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | JASON HITT |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0076 TLN |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND ORDER |
| v. | |
| SEAN FARRELL, and ETHAN STUART, | |
| Defendants. | |

The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the Indictment against defendants Sean FARRELL and Ethan STUART in Case No. 2:12-CR-0076 TLN pursuant to Federal Rule of Criminal Procedure 48(a).

The government brings this motion in the interests of justice because each defendant entered guilty pleas in Nevada County Superior Court to criminal charges related to this case and, as part of that agreement, agreed to forfeiture in a case captioned <u>United States v. Real Property located at 25818 Burda Lane, California</u>, Case 2:12-CV-00813 WBS EFB. Those guilty pleas and that forfeiture were the result of a global resolution reached with counsel for each defendant, the United States Attorney's Office, and the Nevada County District Attorney's Office. Consistent with the agreement, the United States agreed to dismiss this pending Indictment in exchange for each defendants' guilty pleas to in Nevada County Superior Court and the certain, specified forfeiture.

1

Because defendants have met all of the necessary conditions set forth in the settlement agreement, the United States respectfully moves to dismiss the Indictment against defendants Sean FARRELL and Ethan STUART in Case No. 2:12-CR-0076 TLN in the interests of justice pursuant to Rule 48(a).

                              PHILLIP A. TALBERT
                              United States Attorney

Dated: June 9, 2017                /s/Jason Hitt
                              JASON HITT
                              Assistant United States Attorney

**O R D E R**

For the reasons set forth in the motion to dismiss the Indictment filed by the United States, IT IS HEREBY ORDERED that the Indictment in Case No. 2:12-CR-0076 TLN against defendant Sean FARRELL and Ethan STUART is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: June 11, 2017

Troy L. Nunley
United States District Judge